U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 17 2020

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JAMES GLOVER III(PLAINTIFF)                CIVIL ACTION NO. 20-cv-1655

VERSUS                                     JUDGE: DEE D. DRELL

ECONOMICAL JANITORIAL &                    MAGISTRATE JUDGE: JOSEPH PEREZ-MONTES
PAPER SUPPLIES, LLC(DEFENDANT)

COMPLAINT(JURY TRIAL DEMANDED)

1. THE PLAINTIFF IN THIS CASE IS JAMES GLOVER III, WHO IS A CITIZEN OF LOUISIANA, AND WHOSE ADDRESS IS 3516 EVERGREEN DR., ALEXANDRIA, LA 71302.(EMAIL:GJude3@yahoo.com)

2. THE DEFENDANT IN THIS CASE IS ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC, 3232 INDUSTRIAL ST., ALEXANDRIA, LA 71301/1420 SAMS AVE., ELMWOOD, LA 70123(HEADQUARTERS) PHONE #: 540 464-7166)

3. THIS COURT HAS JURISDICTION OVER THIS CIVIL ACTION BECAUSE THE PLAINTIFF'S CLAIMS ARISE UNDER FEDERAL LAW: "42 U.S.C. 1981 SEC. 1977A(1)", "29 U.S. CODE: 158", "42 U.S. CODE: 12203", AND THE "NATIONAL LABOR RELATIONS ACT" PROTECTING THE PLAINTIFF'S CONSTITUTIONAL RIGHTS AGAINST UNLAWFUL TERMINATION/RETALIATION.

JAMES GLOVER III

3516 EVERGREEN DR.

ALEXANDRIA, LA 71302

(318) 541-7351

4. ON MONDAY, AT APPROXIMATELY 1:06PM, ON MARCH 23, 2020, MY BOSS, MIKE, ASSURED ME IN A TEXT MESSAGE THAT "MY JOB WAS NOT IN JEOPARDY" DUE TO MY SAFETY CONCERNS WITH CONTRACTING THE "CORONA VIRUS" DURING GOVERNOR EDWARDS "STAY AT HOME" ORDER.(PLAINTIFF'S EXHIBIT: #1)

5. IN APPROXIMATELY MID APRIL OF 2020, I POSTED MY "SAFETY CONCERNS" ON ONE OF OUR CLIENTS, "OPELOUSAS GENERAL HOSPITAL", FACEBOOK PAGE AMIDST THE PANDEMIC(COVID-19). "ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC" OR "OPELOUSAS GENERAL HOSPITAL" DID NOT SUPPLY DELIVERY DRIVERS WITH "MASK". OPELOUSAS GENERAL HOSPITAL WAS THE ONLY HOSPITAL THAT REQUIRED DELIVERY DRIVERS TO BRING THE PRODUCT INSIDE THE HOSPITAL. THE OTHER HOSPITALS THROUGHOUT THE STATE ONLY REQUIRED DELIVERY DRIVERS TO DROP THE PRODUCT ON THE DOCK. AGAIN, ECONOMICAL JANITORIAL & PAPER SUPPLIES, LLC OR OPELOUSAS GENERAL HOSPITAL DID NOT SUPPLY DELIVER DRIVERS WITH MASK FOR PROTECTION.(PLAINTIFF'S EXHIBIT: #2, #3)

6. ON TUESDAY, AT APPROXIMATELY 11:22AM, ON APRIL 21, 2020, DEVON "UNLAWFULLY TERMINATED" ME FOR VOICING MY "SAFETY CONCERNS" ON OPELOUSAS GENERAL HOSPITAL FACEBOOK PAGE AMIDST THIS WORLDLY "PANDEMIC". AGAIN, ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC OR OPELOUSAS GENERAL HOSPITAL DID NOT SUPPLY DELIVERY DRIVERS WITH "MASK". FURTHERMORE, DEVON DID NOT GIVE AN OPPORTUNITY TO EXPLAIN MY CONCERNS AND FORCED ME OFF THE PROPERTY. I DID NOT RECEIVE ANY "PROGRESSIVE DISCIPLINE".(PLAINTIFF'S EXHIBIT: #4)

JAMES GLOVER III

3516 EVERGREEN DR.

ALEXANDRIA, LA 71302

(318) 541-7351

7. IN APPROXIMATELY LATE APRIL OF 2020, I APPLIED FOR "UNEMPLOYMENT BENEFITS". ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC "DENIED" MY UNEMPLOYMENT BENEFITS. (PLAINTIFF'S EXHIBIT #5)

8. ON APRIL 22, 2020, I APPLIED FOR A POLICE OFFICER POSITION AT CENTRAL LOUISIANA STATE HOPSITAL. ON MY APPLICATION, "TWICE", I INFORMED MY PROSPECTIVE EMPLOYER I WAS "UNJUSTLY TERMINATED" FROM ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC. I TOLD THE "TRUTH".(PLAINTIFF'S EXHIBIT: #6)

9. ON APPROXIMATELY MAY 6, 2020, "OPELOUSAS GENERAL HOSPITAL" IMPLEMENTED A "MASK POLICY". THIS IS THE SAME SAFETY ISSUE ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC UNLAWFULLY TERMINATED FOR TWO(2) WEEKS EARLIER.(PLAINTIFF'S EXHIBIT: #7)

10. ON THURSDAY, AT APPROXIMATELY 8:25AM, ON MAY 7, 2020, MY POLICE CAPTAIN, DARIELE AUGUSTINE, AT MY PRESENT JOB, CALLED ME AND TOLD ME MY BOSS, MIKE AT ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC TOLD HIM DURING A "REFERENCE CHECK" THAT I WAS "LAID OFF DUE TO THE PANDEMIC". MINUTES LATER, MY BOSS, MIKE AT ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC TEXTED ME THAT HE TOLD MY POLICE CAPTAIN AT CENTRAL LOUISIANA STATE HOSPITAL, DARIELE AUGUSTINE, THAT HE GAVE ME "ALL POSITIVE REVIEWS AND THAT I WAS LAID OFF DUE TO THE PANDEMIC". I WAS UNLAWFULLY TERMINATED.(PLAINTIFF'S EXHIBIT: #8)

JAMES GLOVER III
3516 EVERGREEN DR.
ALEXANDRIA, LA 71302
(318) 541-7351

11. IN CONCLUSION, CONSIDERING I HAVE CLEAR AND CONVINCING EVIDENCE TO PROVE MY CASE, I AM ASKING THE COURT TO ORDER THE DEFENDANT, ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC TO PAY ME $90,000 IN MONETARY AND PUNITIVE DAMAGES. I AM OPEN TO DISCUSS A SETTLEMENT TO SAVE MYSELF, ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC, AND THE COURT TIME AND MONEY. IF MYSELF AND ECONOMICAL JANITORIAL AND PAPER SUPPLIES, LLC CAN NOT REACH A SETTLEMENT, I WANT A "TRIAL BY JURY" AND I WILL MOST DEFINITELY HIRE AN ATTORNEY TO REPRESENT ME.

THANK YOU VERY MUCH FOR YOUR TIME AND CONSIDERATION!

JAMES GLOVER III

3516 EVERGREEN DR.

ALEXANDRIA, LA 71302

(318) 541-7351